IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joann M. Barkley, | ) | Case No. 16-20840-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| | ) | |
| Joann M. Barkley, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, N.A. and | ) | |
| Ronda Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## MOTION TO WITHDRAW OBJECTION TO RESPONDENT'S NOTICE OF MORTGAGE PAYMENT CHANGE

AND NOW, comes the debtor, Joann M. Barkley, by and through her attorney, Lauren M. Lamb, and Steidl and Steinberg, and respectfully represents as follows:

1. An Objection to Respondent's Notice of Mortgage Payment Change was filed by the above-captioned debtor against the above-captioned respondent on November 23, 2016 at Docket No. 38.

2. The respondent satisfied the debtor's request for additional information and the debtor now believes that the Notice is correct. The debtor is therefore requesting that this Objection be withdrawn and the hearing in this matter scheduled for January 17, 2017 at 10:00 a.m. be cancelled.

WHEREFORE, the debtor, Joann M. Barkley, respectfully requests this Honorable Court to withdraw the Objection filed at Docket No. 38 and to cancel the hearing scheduled for January 17, 2017 at 10:00 a.m.

        Respectfully submitted,

<u>December 23, 2016</u>        <u>/s/Lauren M. Lamb</u>
    DATE        Lauren M. Lamb, Esquire
        Attorney for the Debtors
        STEIDL & STEINBERG
        210 Grant Street
        Pittsburgh, PA  15219
        (412) 391-8000
        PA I. D. No.  209201
        llamb@steidl-steinberg.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joann M. Barkley, ) | Case No. 16-20840-CMB |
| ) | Chapter 13 |
| Debtor ) | Docket No. |
| ) | |
| ) | |
| Joann M. Barkley, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Bank of America, N.A. and ) | |
| Ronda Winnecour, Chapter 13 Trustee, ) | |
| ) | |
| Respondents ) | |

## **ORDER OF COURT**

AND NOW, to wit, this _____ day of _____, 201_, it is hereby ORDERED, ADJUDGED, and DECREED, that the Objection to Respondent's Notice of Mortgage Payment Change filed in at Docket No. 38 is hereby withdrawn, and the hearing in this matter scheduled for January 17, 2017 at 10:00 a.m. is cancelled.

FURTHER ORDERED:

_____J.