IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joann M. Barkley, | ) | Case No. 16-20840-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. 42 |
| | ) | |
| | ) | |
| Joann M. Barkley, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, N.A. and | ) | |
| Ronda Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___4th___ day of ___January___, 2017, it is hereby ORDERED, ADJUDGED, and DECREED, that the Objection to Respondent's Notice of Mortgage Payment Change filed in at Docket No. 38 is hereby withdrawn, and the hearing in this matter scheduled for January 17, 2017 at 10:00 a.m. is cancelled.

~~FURTHER ORDERED:~~

_____ J.

FILED
1/4/17 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA