## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-20840 |
| Joann M. Barkley, ) | Chapter 13 |
| ) | |
| Social Security No. XXX-XX- 6949 ) | |
| ) | |
| *Debtor* ) | Document No. WO-1 |
| ) | |
| Joann M. Barkley, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Life Pittsburgh and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| *Respondent(s)* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 23, 2017, a true and correct copy of the Amended Order to Pay Trustee and Notification of Debtors Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Life Pittsburgh
Attn: Tracy Collins, Payroll Dept.
681 Andersen Drive
Foster Plaza #6, 5th Floor
Pittsburgh, PA 15220

Date: <u>January 23, 2017</u>                               /s/ Lauren M. Lamb
                                                              Lauren M. Lamb, Esquire
                                                              Attorney for the Debtor
                                                              STEIDL & STEINBERG
                                                              Suite 2830, Gulf Tower
                                                              707 Grant Street
                                                              Pittsburgh, PA 15219
                                                              (412) 391-8000
                                                              Llamb@steidl-steinberg.com
                                                              PA I.D. No. 209201