**Form 235**

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF PENNSYLVANIA

54 − 45, 46  
jhel

In re:  : Bankruptcy Case No.: 16−20840−CMB  
  :  
  : Chapter: 13  
  : Issued per the February 23, 2017 Proceeding

**Joann M. Barkley**  
　　Debtor(s)

## ORDER OF COURT CONFIRMING PLAN
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)* **PLAN CONFIRMATION:**

　　IT IS HEREBY ORDERED that the Plan dated January 5, 2017 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)* **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**　　**Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**　　**Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**　　**Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**　　**Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**　　**Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.**　　After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**　　Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: March 2, 2017
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-20840-CMB
Joann M. Barkley                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: Mar 02, 2017
                              Form ID: 235            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db              +Joann M. Barkley,    436 Morrow Avenue,    Carnegie, PA 15106-2069
cr              +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                  Pittsburgh, PA 15212-5861
14192991         American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14192993        +Bank of America,    100 North Tyron Street,    Charlotte, NC 28255-0001
14192994        +Bell Froman Orsini & Assoc,    301 Ohio River Boulevard,    Suite 202,    Sewickley, PA 15143-1300
14216797        +Borough of Carnegie,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
14192995         Carnegie Borough Sewage,    One Western Way,    Carnegie, PA 15106
14192996        +Comcast,   PO Box 3002,    Southeastern, PA 19398-3002
14192999         DRS Sauer & Leibensperger, F.P., P.C.,    27 Heckel Road, Suite 107,
                  Mc Kees Rocks, PA 15136-1672
14193000        +Duquesne Light,    Po Box 67,   Pittsburgh, PA 15267-0067
14193001        +EOS CCA,   P.O. Box 981008,    Boston, MA 02298-1008
14193002         First Fed Credit Control,    2470 Chargin Boulevard,    Suite 205,    Brook Park, OH 44142
14193004         Peoples Gas,   PO Box 644760,    Pittsburgh, PA 15264-4760
14251042        +Peoples Natural Gas Company, LLC,    Equitable Division,    225 North Shore Drive,
                  Pittsburgh, PA 15212,    Attention: Dawn Lindner 15212-5860
14193006         Stellar Recovery Inc.,    1327 Highway 2W,    Suite 100,   Kalispell, MT 59901-3413
14196982        +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                  Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14192992         E-mail/Text: g20956@att.com Mar 03 2017 01:29:28       AT&T Mobility,    P. O. Box 6463,
                  Carol Stream, IL 60197-6463
14192997        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 03 2017 01:29:24       Credit Management,
                  2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14192998        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 03 2017 01:29:24
                  Credit Management Company,    PO Box 16346,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14257610        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 03 2017 01:29:40       Duquesne Light Company,
                  c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                  Pittsburgh, PA 15219-1945
14193003         E-mail/Text: cio.bncmail@irs.gov Mar 03 2017 01:28:31       Internal Revenue Service,
                  PO Box 80101,    Cincinnati, OH 45280
14221022        +E-mail/Text: csc.bankruptcy@amwater.com Mar 03 2017 01:29:38       Pennsylvania American Water,
                  PO Box 578,    Alton, IL 62002-0578
14193005        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 03 2017 01:26:58       Regional Acceptance,
                  1424 East Fire Tower,    Greenville, NC 27858-4105
14197202         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 03 2017 01:26:58       Regional Acceptance Corporation,
                  PO Box 1847,    Wilson, NC 27894-1847
14193007         E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 03 2017 01:29:24
                  Western PA Anestesia Associates,    c/o Credit Management Company,    2121 Noblestown Road,
                  Pittsburgh, PA 15205-3956
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Borough of Carnegie
cr              Duquesne Light Company
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: jhel                Page 2 of 2                Date Rcvd: Mar 02, 2017
                               Form ID: 235              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Joann M. Barkley
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```