## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| JOANN M. BARKLEY | Case No. 16-20840CMB |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | |
| vs. | Document No __ |
| BANK OF AMERICA(*) | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 7685.

Regular mortgage payments are currently being directed to the following creditor at the following address:

BANK OF AMERICA(*)
7105 CORPORATE DR
PLANO,TX 75024

Movant has been requested to send payments to:
NATIONSTAR MORTGAGE
DBA MR COOPER
PO BOX 619094
DALLAS TEXAS 75261-9741
9024

The Chapter 13 Trustee's CID Records of BANK OF AMERICA(*) have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 8/21/2018.

cc:   Debtor
      Original creditor
      Putative creditor
      Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>JOANN M. BARKLEY, 436 MORROW AVENUE, CARNEGIE, PA  15106 | DEBTOR'S COUNSEL:<br>LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>BANK OF AMERICA(*), 7105 CORPORATE DR, PLANO, TX  75024 | :<br>ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | |
| NEW CREDITOR:<br>NATIONSTAR MORTGAGE<br>DBA MR COOPER<br>PO BOX 619094<br>DALLAS TEXAS 75261-9741 | |