## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOANN M. BARKLEY

Case No. 16-20840CMB

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
Movant

Chapter 13

vs.

BANK OF AMERICA(*)

Document No __

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 7685.

Regular mortgage payments are currently being directed to the following creditor at the following address:

BANK OF AMERICA(*)
7105 CORPORATE DR
PLANO,TX 75024

Movant has been requested to send payments to:

NATIONSTAR MORTGAGE
DBA MR COOPER
PO BOX 619094
DALLAS TEXAS 75261-9741
9024

The Chapter 13 Trustee's CID Records of BANK OF AMERICA(*) have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 8/21/2018.

|  |  |
|---|---|
| cc: Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>JOANN M. BARKLEY, 436 MORROW AVENUE, CARNEGIE, PA  15106 | DEBTOR'S COUNSEL:<br>LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>BANK OF AMERICA(*), 7105 CORPORATE DR, PLANO, TX  75024<br><br>NEW CREDITOR:<br>NATIONSTAR MORTGAGE<br>DBA MR COOPER<br>PO BOX 619094<br>DALLAS TEXAS 75261-9741 | |