IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

In RE:
JOANN BARKLEY                                )
        Debtor                           )
PEOPLES NATURAL GAS COMPANY,     ) Bankruptcy Case No. 16-20840-CMB
LLC                                          )
        Movant,                         ) Related to Docket Nos. 81 and 82  & 83
        vs.                              ) Chapter 13
JOANN BARKLEY, and RONDA J.      )
WINNECOUR, ESQUIRE, Trustee      ) Hearing Date: 7/2/19 @ 11:00 a.m.
        Respondents.                    )

## CONSENT ORDER OF COURT

AND NOW, to-wit, this __14th__ day of ____June____, 2019, upon Motion of the Peoples Natural Gas Company, LLC, service of the same upon Debtor and Debtor's Counsel, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Debtor has failed to pay her utility bills and/or security deposit to the Peoples Natural Gas Company, LLC as and when they became due post petition. The Peoples Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtor or be granted adequate assurance of future payment.

2. The Court finds that continued utility service is necessary for an effective reorganization by the Debtor. Therefore, the administrative claims of the Peoples Natural Gas Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan. In addition, as further adequate assurance of payment, the Debtor is hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan. The budget payment as of the date of this Order is $95.00.

3. In order to pay the combined administrative claims and ongoing budget of the Peoples Natural Gas Company, LLC, the Plan payment must be increased. Distribution to Peoples Natural Gas Company, LLC must begin effective beginning in July of 2019.

4. To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $141.50 shall be distributed to the Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

      5.      If the ongoing budget required to maintain utility service to the Debtor should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtor or her attorney and the Chapter 13 Trustee. Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtor.

      6.      If the counsel for the Debtor has not consented to the Order by signing below, this Order is entered by Default subject to the Debtor's right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

      7.      Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Natural Gas Company, LLC as set forth in this Order within fifteen (15) days of the date of this Order. Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

      8.      The debtor's post petition account number is xxxxxxxx5564.

BY THE COURT:

_Carlota M. Böhm_ J.
dmk

Consented to by:

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for Debtor
Pa. I.D. No. 209201
Steidl and Steinberg
Suite 2830 Gulf Tower, 707 Grant St.
Pittsburgh, PA 15219
412-391-8000
llamb@steidl-steinberg.com

/s/ S. James Wallace
S. James Wallace, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 28815
S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233
412-652-9134
sjw@sjwpgh.com

/s/ Jana S. Pail
Jana S. Pail, Esquire
Attorney for Chapter 13 Trustee
Pa. I.D. No. 88910
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5470
jpail@chapter13trusteewdpa.com

FILED
6/14/19 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joann M. Barkley  
    Debtor

Case No. 16-20840-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw        Page 1 of 1        Date Rcvd: Jun 14, 2019  
                    Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
db              +Joann M. Barkley,    436 Morrow Avenue,    Carnegie, PA 15106-2069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com  
      James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
      James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
       bkgroup@kmllawgroup.com  
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,  
       cnoroski@grblaw.com  
      Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
      Kevin M Buttery    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
       kbuttery@rascrane.com  
      Lauren M. Lamb    on behalf of Debtor Joann M. Barkley  
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                        TOTAL: 11