**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joann M. Barkley**
  Debtor(s)

Bankruptcy Case No.: 16–20840–CMB

Chapter: 13
Docket No.: 92 – 90
Concil. Conf.: August 8, 2019 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __21st____ day of __June_____, _2019_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

  U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

  All parties listed on the attached mailing matrix.

Executed on __June 21, 2019_____     __/s/ Lauren M. Lamb_____
         (Date)                  (Signature)

 Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-20840-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Jun 21 08:08:23 EDT 2019 | AT&T Mobility<br>P. O. Box 6463<br>Carol Stream, IL 60197-6463 | American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250-7412 |
| Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | Bank of America<br>100 North Tyron Street<br>Charlotte, NC 28255-0001 | Joann M. Barkley<br>436 Morrow Avenue<br>Carnegie, PA 15106-2069 |
| Bell Froman Orsini & Assoc<br>301 Ohio River Boulevard<br>Suite 202<br>Sewickley, PA 15143-1300 | Borough of Carnegie<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 | Kevin M Buttery<br>RAS Crane<br>10700 Abbotts Bridge Road<br>Suite 170<br>Duluth, GA 30097-8461 |
| Carnegie Borough Sewage<br>One Western Way<br>Carnegie, PA 15106 | Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002 | Credit Management<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 |
| Credit Management Company<br>PO Box 16346<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 | DRS Sauer & Leibensperger, F.P., P.C.<br>27 Heckel Road, Suite 107<br>Mc Kees Rocks, PA 15136-1672 | Duquesne Light<br>Po Box 67<br>Pittsburgh, PA 15267-0067 |
| Duquesne Light Company<br>c/o Peter J. Ashcroft,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 | EOS CCA<br>P.O. Box 981008<br>Boston, MA 02298-1008 | First Fed Credit Control<br>2470 Chargin Boulevard<br>Suite 205<br>Brook Park, OH 44142 |
| Joshua I. Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Andrew F Gornall<br>240 West 10th Street<br>Erie, PA 16501 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 |
| Internal Revenue Service<br>PO Box 80101<br>Cincinnati, OH 45280 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue Suite 100<br>Boca Raton, FL 33487-2853 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Gas<br>PO Box 644760<br>Pittsburgh, PA 15264-4760 | Peoples Natural Gas Company, LLC<br>Attn: Dawn Lindner<br>225 North Shore Drive<br>Pittsburgh, PA 15212-5860 |

```
Peoples Natural Gas Company, LLC        Regional Acceptance                 Regional Acceptance Corporation
Equitable Division                       1424 East Fire Tower               PO Box 1847
225 North Shore Drive                    Greenville, NC 27858-4105          Wilson, NC 27894-1847
Pittsburgh, PA 15212
Attention: Dawn Lindner 15212-5860


Southern Cascades Finance Corporation    Stellar Recovery Inc.              U.S. Department of Housing and Urban Develop
150 N BARTLETT ST                        1327 Highway 2W                    451 7th Street S.W.
MEDFORD, OR 97501-6032                   Suite 100                          Washington, DC 20410-0002
                                         Kalispell, MT 59901-3413


S. James Wallace                         James Warmbrodt                    Western PA Anestesia Associates
845 N. Lincoln Avenue                    KML Law Group, P.C.                c/o Credit Management Company
Pittsburgh, PA 15233-1828                701 Market Street                  2121 Noblestown Road
                                         Suite 5000                         Pittsburgh, PA 15205-3956
                                         Philadelphia, PA 19106-1541


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
NATIONSTAR MORTGAGE LLC
ATTN: Bankruptcy Dept
PO Box 619096
Dallas TX 75261-9741
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BANK OF AMERICA, N.A.                 (u)Borough of Carnegie             (u)Duquesne Light Company




(u)Nationstar Mortgage LLC d/b/a Mr. Cooper    End of Label Matrix
                                               Mailable recipients   39
                                               Bypassed recipients    4
                                               Total                 43
```