IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-20840 CMB |
| Joann M. Barkley, ) | Chapter 13 |
| ) | |
| Social Security No. XXX-XX- 6949 ) | |
| ) | |
| *Debtor* ) | Document No. WO-1 |
| ) | |
| Joann M. Barkley, ) | Related to Docket No. 91 |
| ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Life Pittsburgh and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| *Respondent(s)* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 24, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee　　　　　　Joann Barkley
Suite 3250 – US Steel Tower　　　　　　 436 Morrow Avenue
600 Grant Street　　　　　　　　　　　　Carnegie, Pa 15106
Pittsburgh, PA 15219

Life Pittsburgh
Attn: Tracy Collins, Payroll Dept.
681 Andersen Drive
Foster Plaza #6
Pittsburgh, PA 15220

Date of Service: June 24, 2019　　　　　　/s/ Lauren M. Lamb
　　　　　　　　　　　　　　　　　　　　Lauren M. Lamb, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor

　　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　　Suite 2830, Gulf Tower
　　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　　Llamb@steidl-steinberg.com
　　　　　　　　　　　　　　　　　　　　PA I.D. No. 209201