IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:                                ) | |
| Joann M. Barkley,              ) | Case No. 16-20840 CMB |
|     Debtor                             ) | Chapter 13 |
|                                              ) | Document No. |
| Steidl and Steinberg, P.C.    ) | |
|     Applicant                         ) | |
|                                              ) | |
| vs.                                     ) | |
|                                              ) | re doc. no. 102 |
| Office of the U.S. Trustee, Ronda J. Winnecour,    ) | |
| Trustee, AT&T Mobility, American Water, Bank of   ) | |
| America, Borough of Carnegie, Comcast, Credit       ) | |
| Management, Duquesne Light, EOS CCA, First           ) | |
| Federal Credit Control, Internal Revenue, Nationstar ) | |
| Mortgage, PA American Water, Peoples Gas,              ) | **ENTERED BY DEFAULT** |
| Regional Acceptance, Southern Cascades Finance      ) | |
| Corporation, Stellar Recovery, US Dept. of Education, ) | |
| Western PA Anesthesia Associates                               ) | |
|     Respondents                   ) | |

**AMENDED ORDER OF COURT**

AND NOW, to-wit this ___19th___ day of ___February___, 2020, after consideration of the Application for Interim Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Interim Compensation is approved in the additional amount of $5,530.00 for work performed in the Chapter 13 case by Debtors' counsel from February 4, 2016 to January 29, 2020.

2) The Debtors paid their counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtors' counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $9,530.00, provided, however, the total to be paid through the Plan by the Trustee is $8,930.00 (representing the $3,400.00 previously approved to be paid (as

set forth above), and an additional $5,530.00 that will be requested as part of an amended plan that is to be filed within 14 days of the date of this signed Order;

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5) The clerk shall record the total compensation as $9,530.00, provided only $8,930.00 is to be paid through the Trustee under the Plan.

FILED
2/19/20 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*  dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 16-20840-CMB
Joann M. Barkley                                                                 Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw              Page 1 of 1           Date Rcvd: Feb 19, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Joann M. Barkley,    436 Morrow Avenue,    Carnegie, PA 15106-2069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kevin M Buttery    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               kbuttery@rascrane.com
              Lauren M. Lamb    on behalf of Debtor Joann M. Barkley
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 12