IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-20840 CMB |
| Joann M. Barkley, | ) | Chapter 13 |
| | ) | |
| Social Security No. XXX-XX- 6949 | ) | |
| | ) | |
| *Debtor* | ) | Document No. WO-1 |
| | ) | |
| Joann M. Barkley, | ) | Related to Docket No. 113 |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Life Pittsburgh and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 11, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

Joann Barkley  
436 Morrow Avenue  
Carnegie, Pa 15106

Life Pittsburgh  
Attn: Tracy Collins, Payroll Dept.  
681 Andersen Drive  
Foster Plaza #6  
Pittsburgh, PA 15220

Date of Service: March 11, 2020

/s/ Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtor

STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
Llamb@steidl-steinberg.com  
PA I.D. No. 209201