IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-20840 CMB |
| Joann M. Barkley, | ) | Chapter 13 |
| | ) | |
| Social Security No. XXX-XX- 6949 | ) | |
| | ) | |
| *Debtor* | ) | Document No. WO-1 |
| | ) | |
| Joann M. Barkley, | ) | |
| | ) | Related to Docket No. 120 |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Life Pittsburgh and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 20, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Life Pittsburgh
Attn: Tracy Collins, Payroll Dept.
681 Andersen Drive
Foster Plaza #6
Pittsburgh, Pa 15220

Joann M. Barkley
436 Morrow Avenue
Carnegie, PA 15106

Date of Service: July 20, 2020            /s/ Lauren M. Lamb
                                          Lauren M. Lamb, Esquire
                                          Attorney for the Debtor

                                          STEIDL & STEINBERG
                                          Suite 2830, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          Llamb@steidl-steinberg.com
                                          PA I.D. No. 209201