**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/14/2021

IN RE:

JOANN M. BARKLEY
436 MORROW AVENUE
CARNEGIE, PA 15106
XXX-XX-6949          Debtor(s)

Case No. 16-20840 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/14/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 566.68 <br> COMMENT: X0000/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6949 |
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA  15212 | Trustee Claim Number: 2    INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 2,154.74 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3375 |
| **NATIONSTAR MORTGAGE LLC(*)** <br> PO BOX 619094 <br> DALLAS, TX  75261-9741 | Trustee Claim Number: 3    INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*DKT4PMT-LMT*430.14/PL*BGN 4/16*CL LATE | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 7685 |
| **CARNEGIE BOROUGH-SEWAGE FEES** <br> SEWAGE OFFICE <br> 1 VETERANS WAY - BORO BLDG <br> CARNEGIE, PA  15106 | Trustee Claim Number: 4    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: DUP CL 4/RJB*DKT | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: |
| **REGIONAL ACCEPTANCE CORP** <br> ATTN BANKRUPTCY SECTION <br> POB 1847 <br> WILSON, NC  27894-1847 | Trustee Claim Number: 5    INT %: 6.00% <br> Court Claim Number: 2 <br> CLAIM: 5,348.20 <br> COMMENT: SURR/PL*PMTS PROPER/CONF*CL=8491.39 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 7132 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: 3-2 <br> CLAIM: 3,525.60 <br> COMMENT: $/AMD CL-PL@0% | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6949 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER** <br> PO BOX 371412 <br> PITTSBURGH, PA  15250 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 276.17 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8394 |
| **CREDIT MANAGEMENT CO** <br> 2121 NOBLESTOWN RD <br> PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4222 |
| **CREDIT MANAGEMENT CO** <br> 2121 NOBLESTOWN RD <br> PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2366 |
| **EOS CCA** <br> 700 LONGWATER DR. <br> NORWELL, MA  02061 | Trustee Claim Number: 10    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2054 |

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1690 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **STELLAR RECOVERY++**<br>1327 US HIGHWAY 2 WEST<br>KALISPELL, MT 59901 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1768 | CLAIM: 0.00<br>COMMENT: |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **BELL FROMAN ORSINI & ASSOC**<br>301 OHIO RIVER BLVD<br>SEWICKLEY, PA 15143 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **COMCAST*++**<br>610 EPSILON DR<br>PITTSBURGH, PA 15238 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **DR. SAUER & LEIBENSPERGER**<br>MED OFFICE BLDG STE 206<br>27 HECKEL RD<br>MCKEES ROCKS, PA 15136 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: W PA ANESTHESIA ASSOC/SCH |
| **US DEPARTMENT OF HUD****<br>C/O NOVAD MANAGEMENT CONSULTING LLC<br>2401 NW 23RD ST STE 1A1<br>OKLAHOMA CITY, OK 73107 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3626 | CLAIM: 0.00<br>COMMENT: NT/SCH*NO PMTS/PL-CONF*CL=6503.20/CL*2ND |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7685 | CLAIM: 2,875.61<br>COMMENT: $/PL-CL*THRU 3/16*DKT*CL LATE |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 3-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6949 | CLAIM: 983.29<br>COMMENT: CL3GOVS*NO GEN UNS/SCH*AMD |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CARNEGIE BOROUGH (SWG)** | Trustee Claim Number:21  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DLNQ CLCTR | Court Claim Number:4 | ACCOUNT NO.:  D184 |
| 102 RAHWAY RD | | |
| | CLAIM:  447.04 | |
| MCMURRAY, PA  15317 | COMMENT:  103D184;15-16*$/CL-PL@10%*W/22 | |
| | | |
| **CARNEGIE BOROUGH (SWG)** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DLNQ CLCTR | Court Claim Number:4 | ACCOUNT NO.:  D184 |
| 102 RAHWAY RD | | |
| | CLAIM:  64.02 | |
| MCMURRAY, PA  15317 | COMMENT:  103D184;15-16*$/CL-PL*W/21 | |
| | | |
| **ROBERTSON ANSCHUTZ & SCHNEID PL** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 6409 CONGRESS AVE STE 100 | | |
| | CLAIM:  0.00 | |
| BOCA RATON, FL  33487 | COMMENT:  NATIONSTAR~MR COOPER/PRAE | |
| | | |
| **SOUTHERN CASCADES FINANCE CORP** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 150 N BARTLETT ST | Court Claim Number: | ACCOUNT NO.:  1418 |
| | CLAIM:  0.00 | |
| MEDFORD, OR  97501 | COMMENT:  SD141418*PMT/PL*379.58 X (26MOS REM+2)=LMT*BGN 2/19*DKT | |
| | | |
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  5564 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  PMT/PL-COE~BGN 7/19 TEE DISB $141.50*141.50 X 20MOS REM+2)=LMT*DKT | |

Case 16-20840-CMB   Doc 127   Filed 01/14/21   Entered 01/14/21 14:27:39   Desc
Page 5 of 5