IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joann M. Barkley | ) | Bankruptcy No. 16-20840 CMB |
| | ) | Chapter 13 |
| Debtor(s) | ) | Related to Document No. 129 |
| | ) | |
| Joann M. Barkley | ) | |
| | ) | |
| Movant(s) | ) | |
| | ) | |
| Life Pittsburgh, | ) | |
| | ) | |
| Respondent | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 22, 2021, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Life Pittsburgh
Attn: Payroll
681 Anderson Drive
Suite 550
Pittsburgh, Pa 15220

Joann Barkley
436 Morrow Ave.
Carnegie, Pa 15106


Date of Service: March 22, 2021         /s/ Lauren M. Lamb
                                        Lauren M. Lamb, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        Suite 2830, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        Llamb@steidl-steinberg.com
                                        PA I.D. No. 209201