**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOANN M. BARKLEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-20840<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

 1.  The case was filed on 03/08/2016  and confirmed on 4/18/16 .  The case was subsequently         Completed After Confirmation

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,541.13 |
| Less Refunds to Debtor | 514.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,026.55 |
| Administrative Fees | | |
|  Filing Fee | 0.00 | |
|  Notice Fee | 0.00 | |
|  Attorney Fee | 8,930.00 | |
|  Trustee Fee | 3,583.38 | |
|  Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,513.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|  NATIONSTAR MORTGAGE LLC(*) | 0.00 | 27,564.09 | 0.00 | 27,564.09 |
|   Acct: 7685 | | | | |
|  US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3626 | | | | |
|  NATIONSTAR MORTGAGE LLC(*) | 2,875.61 | 2,875.61 | 0.00 | 2,875.61 |
|   Acct: 7685 | | | | |
|  CARNEGIE BOROUGH-SEWAGE FEES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  CARNEGIE BOROUGH (SWG) | 447.04 | 447.04 | 84.19 | 531.23 |
|   Acct: D184 | | | | |
|  CARNEGIE BOROUGH (SWG) | 64.02 | 64.02 | 0.00 | 64.02 |
|   Acct: D184 | | | | |
|  REGIONAL ACCEPTANCE CORP | 5,348.20 | 5,348.20 | 2,261.88 | 7,610.08 |
|   Acct: 7132 | | | | |
| | | | | 38,645.03 |
| **Priority** | | | | |
|  LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  JOANN M. BARKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  JOANN M. BARKLEY | 514.58 | 514.58 | 0.00 | 0.00 |
|   Acct: | | | | |
|  STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  STEIDL & STEINBERG | 5,530.00 | 5,530.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX9/20 | | | | |
|  INTERNAL REVENUE SERVICE* | 3,525.60 | 3,525.60 | 0.00 | 3,525.60 |
|   Acct: 6949 | | | | |
|  SOUTHERN CASCADES FINANCE CORP | 0.00 | 10,248.66 | 0.00 | 10,248.66 |
|   Acct: 1418 | | | | |
|  PEOPLES NATURAL GAS CO LLC* | 0.00 | 3,113.00 | 0.00 | 3,113.00 |
|   Acct: 5564 | | | | |
| | | | | 16,887.26 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     DUQUESNE LIGHT COMPANY* | 566.68 | 566.68 | 0.00 | 566.68 |
|         Acct: 6949 | | | | |
|     PEOPLES NATURAL GAS CO LLC - EQUIT | 2,154.74 | 2,154.74 | 0.00 | 2,154.74 |
|         Acct: 3375 | | | | |
|     PA AMERICAN WATER(*) AKA AMERICAN | 276.17 | 276.17 | 0.00 | 276.17 |
|         Acct: 8394 | | | | |
|     CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 4222 | | | | |
|     CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 2366 | | | | |
|     EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 2054 | | | | |
|     FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 1690 | | | | |
|     STELLAR RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 1768 | | | | |
|     INTERNAL REVENUE SERVICE* | 983.29 | 983.29 | 0.00 | 983.29 |
|         Acct: 6949 | | | | |
|     ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     BELL FROMAN ORSINI & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     DR. SAUER & LEIBENSPERGER | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
| | | | | 3,980.88 |

TOTAL PAID TO CREDITORS                                                                             59,513.17

    TOTAL CLAIMED
    PRIORITY        3,525.60
    SECURED        8,734.87
    UNSECURED    3,980.88

Date: 04/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   JOANN M. BARKLEY

          Debtor(s)

   Ronda J. Winnecour
          Movant
      vs.
   No Repondents.

Case No.:16-20840

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                        BY THE COURT:

                                                        U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joann M. Barkley  
    Debtor

Case No. 16-20840-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 3  
Date Rcvd: Apr 27, 2021      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joann M. Barkley, 436 Morrow Avenue, Carnegie, PA 15106-2069 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14192991 | | American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14192993 | + | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 14192994 | + | Bell Froman Orsini & Assoc, 301 Ohio River Boulevard, Suite 202, Sewickley, PA 15143-1300 |
| 14216797 | + | Borough of Carnegie, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14192995 | | Carnegie Borough Sewage, One Western Way, Carnegie, PA 15106 |
| 14192999 | | DRS Sauer & Leibensperger, F.P., P.C., 27 Heckel Road, Suite 107, Mc Kees Rocks, PA 15136-1672 |
| 14193000 | + | Duquesne Light, Po Box 67, Pittsburgh, PA 15267-0067 |
| 14193001 | + | EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 14193002 | | First Fed Credit Control, 2470 Chargin Boulevard, Suite 205, Brook Park, OH 44142 |
| 14941635 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 |
| 14193004 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14251042 | + | Peoples Natural Gas Company, LLC, Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212, Attention: Dawn Lindner 15212-5860 |
| 14193006 | | Stellar Recovery Inc., 1327 Highway 2W, Suite 100, Kalispell, MT 59901-3413 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14192992 | | Email/Text: g20956@att.com | Apr 28 2021 01:45:00 | AT&T Mobility, P. O. Box 6463, Carol Stream, IL 60197-6463 |
| 14192996 | + | Email/Text: documentfiling@lciinc.com | Apr 28 2021 01:42:00 | Comcast, PO Box 3002, Southeastern, PA 19398-3002 |
| 14192997 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 28 2021 01:45:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14192998 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 28 2021 01:45:00 | Credit Management Company, PO Box 16346, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14257610 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 28 2021 01:46:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14193003 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2021 01:43:00 | Internal Revenue Service, PO Box 80101, Cincinnati, OH 45280 |
| 14221022 | + | Email/Text: csc.bankruptcy@amwater.com | Apr 28 2021 01:46:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14193005 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 28 2021 01:54:36 | Regional Acceptance, 1424 East Fire Tower, Greenville, NC 27858-4105 |

| Recip ID | | Notice Method | Date | Recipient |
|---|---|---|---|---|
| 14197202 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 28 2021 01:54:36 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14976390 | + | Email/Text: documents@socascades.com | Apr 28 2021 01:42:00 | Southern Cascades Finance Corporation, 150 N BARTLETT ST, MEDFORD, OR 97501-6032 |
| 14196982 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 28 2021 01:52:33 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14193007 | | Email/Text: bdsupport@creditmanagementcompany.com | Apr 28 2021 01:45:00 | Western PA Anestesia Associates, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Borough of Carnegie |
| cr | | Duquesne Light Company |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor BANK OF AMERICA  N.A. andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Carnegie jhunt@grblaw.com  cnoroski@grblaw.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA  N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Kevin M Buttery | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER kbuttery@rascrane.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 3 of 3 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 28 |

Lauren M. Lamb
    on behalf of Debtor Joann M. Barkley
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com


TOTAL: 12