IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 16-20840 CMB |
| Joann M. Barkley, ) | Chapter 13 |
| ) | Docket No. |
| *Debtor* ) | |
| Joann M. Barkley, ) | |
| *Movant* ) | |
| No Respondent(s) ) | |

### **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is required to pay Domestic Support Obligation and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (Including amounts due before the petition was filed, but only to the extent provided for in the Plan.)

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 1, 2021 at docket number 138, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: This Certification is being signed under penalty of perjury by: The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

6-9-21
Date

*/s/ Joann Barkley*
Debtor

6-9-21
Date

*/s/ Joann Barkley*
Debtor

Respectfully submitted,

June 9, 2021                               /s/ Lauren M. Lamb
DATE                                       Lauren M. Lamb Esquire
                                           Attorney for the Debtor

                                           STEIDL & STEINBERG
                                           707 Grant Street
                                           Suite 2830, Gulf Tower
                                           Pittsburgh, PA 15219
                                           (412) 391-8000
                                           llamb@steidl-steinberg.com
                                           PA I.D. No. 209201

PAWB Local Form 24 (07/13)