| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joann M. Barkley**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–6949**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–20840–CMB** | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joann M. Barkley

<u>6/17/21</u>

**By the court:**    <u>Carlota M. Bohm</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 16-20840-CMB   Doc 142   Filed 06/19/21   Entered 06/20/21 00:25:09   Desc
Imaged Certificate of Notice   Page 3 of 5

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joann M. Barkley  
    Debtor

Case No. 16-20840-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 3  
Date Rcvd: Jun 17, 2021      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joann M. Barkley, 436 Morrow Avenue, Carnegie, PA 15106-2069 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14192991 | | American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14192994 | + | Bell Froman Orsini & Assoc, 301 Ohio River Boulevard, Suite 202, Sewickley, PA 15143-1300 |
| 14216797 | + | Borough of Carnegie, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14192995 | | Carnegie Borough Sewage, One Western Way, Carnegie, PA 15106 |
| 14192999 | | DRS Sauer & Leibensperger, F.P., P.C., 27 Heckel Road, Suite 107, Mc Kees Rocks, PA 15136-1672 |
| 14193000 | + | Duquesne Light, Po Box 67, Pittsburgh, PA 15267-0067 |
| 14193001 | + | EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 14193002 | | First Fed Credit Control, 2470 Chargin Boulevard, Suite 205, Brook Park, OH 44142 |
| 14941635 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 |
| 14193004 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14251042 | + | Peoples Natural Gas Company, LLC, Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212, Attention: Dawn Lindner 15212-5861 |
| 14193006 | | Stellar Recovery Inc., 1327 Highway 2W, Suite 100, Kalispell, MT 59901-3413 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 18 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2021 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 18 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2021 23:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14192992 | | EDI: CINGMIDLAND.COM | Jun 18 2021 03:13:00 | AT&T Mobility, P. O. Box 6463, Carol Stream, IL 60197-6463 |
| 14192993 | + | EDI: BANKAMER2.COM | Jun 18 2021 03:13:00 | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 14192996 | + | EDI: COMCASTCBLCENT | Jun 18 2021 03:13:00 | Comcast, PO Box 3002, Southeastern, PA 19398-3002 |
| 14192997 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14192998 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 17 2021 23:54:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| | | | Jun 17 2021 23:54:00 | Credit Management Company, PO Box 16346, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14257610 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 17 2021 23:54:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14193003 | | EDI: IRS.COM | Jun 18 2021 03:13:00 | Internal Revenue Service, PO Box 80101, Cincinnati, OH 45280 |
| 14221022 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 17 2021 23:54:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14193005 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 17 2021 23:52:15 | Regional Acceptance, 1424 East Fire Tower, Greenville, NC 27858-4105 |
| 14197202 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 17 2021 23:52:15 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14976390 | + | Email/Text: documents@socascades.com | Jun 17 2021 23:53:00 | Southern Cascades Finance Corporation, 150 N BARTLETT ST, MEDFORD, OR 97501-6032 |
| 14196982 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 17 2021 23:52:06 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14193007 | | Email/Text: bdsupport@creditmanagementcompany.com | Jun 17 2021 23:54:00 | Western PA Anestesia Associates, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Borough of Carnegie |
| cr | | Duquesne Light Company |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

**Name**     **Email Address**

| District/off: 0315-2 | User: culy | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2021 | Form ID: 3180W | Total Noticed: 30 |

Andrew F Gornall
    on behalf of Creditor BANK OF AMERICA  N.A. agornall@gornall-law.com

Brian Nicholas
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Carnegie jhunt@grblaw.com  cnoroski@grblaw.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Kevin M Buttery
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER kbuttery@rascrane.com

Lauren M. Lamb
    on behalf of Debtor Joann M. Barkley
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 12